

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jared Moore

Vs. No. 11-21-00168-CV

Hooters of America, LLC,

* From the 244th District Court
  of Ector County,
  Trial Court No. C-19-08-1106-CV.

* March 30, 2023

* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Williams, J., and Wright, S.C.J.,
  sitting by assignment)
  (Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Jared Moore.